IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **MARGARETTE DUVERGER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**RESEARCH STRATEGIES, INC.**, an Alabama corporation,<br><br>*Defendant,* | No. 0:21-cv-62465-RAR<br><br>**CLASS ACTION** |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT AUDIO FILE**

Plaintiff Duverger respectfully moves the Court for leave to file an audio file in support of her motion for class certification. Plaintiff seeks to file an audio recording of the prerecorded message that Plaintiff and other members of the putative class received from Defendant.

Defendant does not oppose Plaintiff's request for leave to file the recording.

As the recording supports Plaintiff's motion for class certification, leave to file the recording should therefore be granted.

**CERTIFICATE OF CONFERRAL**

Counsel for the Plaintiff represents that he conferred with Defendant's counsel regarding the requested relief in this motion, and Defendant does not oppose the relief requested.

Dated: June 21, 2022   Respectfully submitted,

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133

1

Telephone: (305) 469-5881

Stefan Coleman (FL Bar No. 30188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Counsel for Plaintiff and the putative class*

2