**From:** LERRecords@T-Mobile.com

**To:** RLA@KHLLAW.COM

**Subject:** Automated Message from T-Mobile US, Inc. Your Request is Processing, Tracking ID: 3921053

**Date:** 7/22/2022 6:39:31 AM

\*\*\* NOTICE: This is not an invoice. If the services provided are billable, you will receive an invoice once services have been rendered. \*\*\*

Your Requests have been successfully submitted. Please keep this Tracking ID to check for updates and status of your records.

Tracking ID: 3921053
Case Number: 21-cv-62465-RAR

**Estimated Costs for Service: $0.00**

**Billing:**
If this request does generate a charge, the invoice will be mailed to:
Attention: RICHARD ALLEN
METROPCS
2250 LAKESIDE BLVD
RICHARDSON, TX 75082-0000

**CDR Requests:**
Please note that T-Mobile US, Inc. systems natively use Coordinated Universal Time (UTC). That means a day of call detail records are taken from 00:00:01 to 23:59:59 UTC which may differ from your intended time range due to your time zone. If specific times other than our default are important to your inquiry, please submit legal demands with the date range/time frame adjusted for UTC to avoid delay or confusion. We are unable to convert the time displayed in the records to the local time of the handset.

For more information on UTC, please visit: http://www.timeanddate.com/time/aboututc.html.
To convert records to your local time, you will need to use a converter such as
http://www.worldtimeserver.com/convert_time_in_UTC.aspx.

Have questions/concerns? Please call 1-866-537-0911 or email us at LER2@T-Mobile.com.

Thank You,

**T-Mobile US, Inc.**
**Law Enforcement Relations Group**
4 Sylvan Way
Parsippany, New Jersey 07054
Tel: 866-537-0911
Fax: 973-292-8697
Email: LER2@T-Mobile.com

Information Provided To:



| | |
|---|---|
| Agency: | Attorney/Other |
| Requestor: | RICHARD ALLEN |
| Agent Address: | METROPCS |
| Billing City, State, Zip: | RICHARDSON, TX 75082-0000 |
| Provided On: | July 22, 2022 |

**Request Submission Response**

This is in response to the Subpoena, 21-cv-62465-RAR, dated June 22, 2022, which was served upon T-Mobile US, Inc. You have requested information for the subscriber associated with MSISDN: 3053339074. All times below are reflected in Coordinated Universal Time (UTC).

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 1 of 33

| Date | Time | | Type | Direction | | | | | | | Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2021 | 16:46:47 | | SMSC | | 12516602910 | | 13053339074 | | | | Successfully Completed | mavsms_pol03 |
| 10/04/2021 | 17:11:28 | 157 | moc | Outgoing | 13053339074 | 18056377243 | 18056377243 | 13608429999 | 310260077480827 | 359962104287300 | Successfully Completed | ATTAS202 |
| 10/04/2021 | 17:14:14 | 42 | moc | Outgoing | 13053339074 | 18056377243 | 18056377243 | 13608429999 | 310260077480827 | 359962104287300 | Successfully Completed | ATTAS202 |
| 10/04/2021 | 17:15:04 | 6 | moc | Outgoing | 13053339074 | 18056377243 | 18056377243 | 13608429999 | 310260077480827 | 359962104287300 | Successfully Completed | ATTAS202 |
| 10/04/2021 | 17:22:11 | | moc | Outgoing | 13053339074 | 8666602910 | 8666602910 | 18666602910 | 310260077480827 | 359962104287300 | Successfully Abnormal Completion | ATTAS202 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 4 of 33

| Date | Time | Duration | Type | Direction | From | To | Dialed | Translated | IMEI | IMSI | Status | Seizure | Cell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2021 | 17:23:06 | 26 | moc | Outgoing | 13053339074 | 18056377243 | 18056377243 | 13608429999 | 310260077480827 | 359962104287300 | Completed | | ATTAS202 |
| 10/04/2021 | 22:09:17 | 35 | moc | Outgoing | 13053339074 | 7542403242 | 7542403242 | 17542403242 | 310260077480827 | 359962104287300 | Completed Successfully | 12 | MOTAS201 |
| 10/04/2021 | 22:10:23 | 7 | moc | Outgoing | 13053339074 | 7542403242 | 7542403242 | 17542403242 | 310260077480827 | 359962104287300 | Completed Successfully | 12 | MOTAS201 |
| 10/04/2021 | 22:19:15 | 288 | moc | Outgoing | 13053339074 | 18004729297 | 18004729297 | 18004729297 | 310260077480827 | 359962104287300 | Completed | | MOTAS201 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 5 of 33

## Interpreting Call Detail Records

T-Mobile produces Call Detail Records (CDR), either with or without location information, in an Excel file containing multiple rows. The file includes both voice and message transactions. Each row represents one transaction on the T-Mobile network. Not all rows appear on every report. Some fields only appear in reports with location information.

Calls to 911 and calls made while roaming do not appear on this report.

T-Mobile generally retains details of all network originated voice transactions for 24 months. As of February 2020, T-Mobile retains the metadata for certain types of 4G/LTE based text messages (SMSc and RCS) for only 22 months. If your records contain detail older than 22 months from the date of production, these messages may not appear on the report.

Calls to Voicemail - Entries with outgoing calls to 8056377249 indicate incoming calls that are forwarded (out) to the voicemail system. Calls forwarded to voicemail can also be identified using the Service Code column. The associated incoming call may or may not be captured. Entries with outgoing calls to 8056377243 = 805-MESSAGE indicate voicemail retrieval.

Timestamp - Please remember that T-Mobile systems natively use Coordinated Universal Time (UTC). Accordingly, the timestamps on these transactions appear as 00:00:01 to 23:59:59 UTC. T-Mobile is unable to convert these records to a different time zone. If you require records that are not captured in this response, please submit a new legal request that includes a description of records with the date/time adjusted for UTC.

Archived Records - If your legal request sought records older than 24 months, responsive records may include archived bill images. Archived bill images reflect transactions in market time unless otherwise indicated on the statement. Market time on archived bill statements is difficult to determine in the absence of information that details the location of the handset at the time of each recorded transaction. T-Mobile retains location information for all transactions for up to two years.

Set forth below is a description of columns that may be present on the report you received.

| COLUMN NAME | DESCRIPTION | LOCATION RPT ONLY? | NOTES |
|---|---|---|---|
| Date | Date format mm/dd/yyyy | NO | |
| (UTC) Time | 24 hour time format - hh:mm:ss in UTC | NO | In UTC time |
| Duration | Duration in seconds | NO | |
| Call Type | Type of call: callForwarding = Forwarded Call; mSOriginating = Outgoing Voice Call; mSTerminating = Incoming Voice; mSOriginatingSMSinMSC = Outgoing SMS; mSTerminatingSMSinMSC = Incoming SMS; moc=Mobile Originating Call; mtc= Mobile Terminating Call; SMSc = text message; RCS-IMChat = rich content message, multimedia and text | NO | Cell Site location is not available for Call Types SMSc and RCS-IMChat<br><br>For SMSc messaging, T-Mobile provides record of any activity between the requested target number and any other customers utilizing the T-Mobile network for the time and date range requested regardless if the target number currently is/was assigned to T-Mobile or a T-Mobile wholesale partner. |
| Direction | Outgoing or Incoming to the target telephone number | NO | |
| Calling Number | Phone number that initiated the call | NO | |
| Dialed Number | Dialed digits | NO | |
| Called Number | Phone number that received the call | NO | |
| Destination Number | The final destination number to which the network has connected the call (might be different from the one dialed by subscriber if network translation was applied) | NO | |
| IMSI | International Mobile Subscriber Identity of the target number, if present | NO | |
| IMEI | International Mobile Equipment Identity of the target number, if present | NO | |
| Completion Code | Completed successfully or Abnormal Completion (network interruption). Abnormal completion calls display on this report but may or may not show on a customer's bill. | NO | |

V. 20220225

![T-Mobile]

| | | | |
|---|---|---|---|
| Service Code | 11 Calling line identification presentation  12 Calling line identification restriction  13 Connected Line ID Presentation  All Call Forwarding Services  Call Forwarding Unconditional (CFU)  28 All Cond Call Forwarding Services  29 Call Forwarding on Mobile Subscriber Busy (CFB)  2A Call Forwarding on No Reply (CFNRy)  2B Call Forwarding on Not Reachable (CFNRc)  31 Explicit Call Transfer (ECT)  42 Call Hold 41 Call waiting  51 Multi-Party (MPTY) | NO | |
| Switch Name | Name of the switch which was used to deliver the call to the target number. | NO | This is NOT an indication of the location of the device. |
| 1st LTE Site ID | EnodeBid value in decimal | YES | Only present if the call was over LTE |
| 1st LTE Sector ID | ID of the first sector used if the site is an LTE site | YES | Only present if the call was over LTE |
| 1st LAC | 1st LAC value in decimal | YES | Not present if the call was over LTE |
| 1st Cell ID | 1st Cell Site ID value in decimal | YES | Not present if the call was over LTE |
| 1st Tower Azimuth | Location: Azimuth orientation of antenna serving user if available (see note below) | YES | |
| 1st Tower LAT | Latitude of 1st cell tower used. | YES | |
| 1st Tower LONG | Longitude of 1st cell tower used. | YES | |
| 1st Tower Address | Street Address of the 1st serving tower if available | YES | |
| 1st Tower City | City of the 1st serving tower if available | YES | |
| 1st Tower State | State of the 1st serving tower if available | YES | |
| 1st Tower Zip | ZIP of the 1st serving tower if available | YES | |
| Last LTE Site ID | EnodeBid value in decimal | YES | Only present if the call was over LTE |
| Last LTE Sector ID | ID of the last sector used if the site is an LTE site | YES | Only present if the call was over LTE |
| Last LAC ID | Last LAC value in decimal | YES | Not present if the call was over LTE |
| Last Cell ID | Last Cell Site ID value in decimal | YES | Not present if the call was over LTE |
| Last Tower Azimuth | Azimuth orientation of antenna serving user if available (see note below) | YES | |
| Last Tower LAT | Latitude of last cell tower used. | YES | |
| Last Tower LONG | Longitude of last cell tower used. | YES | |
| Last Tower Address | Street Address of the last serving tower if available | YES | |
| Last Tower City | City of the last serving tower if available | YES | |
| Last Tower State | State of the last serving tower if available | YES | |
| Last Tower Zip | ZIP of the last serving tower if available | YES | |

A NOTE ON AZIMUTH: The azimuth listed is the center compass degree facing of the identified sector of the tower. Generally, the coverage of a tower is circular and divided in three equal pieces (each 120 degrees wide). Due north is 0, due south is 180. However, not every tower is aligned with the first sector starting at 0. Using the listed azimuth, rough direction from the tower can be calculated for a call. The center degree of the sector's facing is indicated in this field. For example, if a facing has a listed orientation of 90, the center of the coverage is pointed at 90 degrees but the sector will cover traffic from roughly 60 degrees on either side (thus 30 to 150 degrees in this example).

For more information on UTC, please visit: http://www.timeanddate.com/time/aboututc.html. To convert records to your local time, you will need to use a converter such as http://www.worldtimeserver.com/convert_time_in_UTC.aspx.

V. 20220225





Law Enforcement Relations
4 Sylvan Way, Parsippany, N.J. 07054
Phone: (973) 292-8911 Fax: (973) 292-8697                                                                                      July 22, 2022

T-Mobile / MetroPCS Tracking ID: 3921053

I, Matthew Edmunds, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No.3921053 in response to a lawful request issued to the company.

Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| 3053339074 | 10/01/2021 | 10/31/2021 | Call Details No Cells |

I further state that:
  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from
     information transmitted by) a person with knowledge of those matters;
  B) Such records were kept in the course of regularly conducted business activity;
  C) The business activity made such records as a regular practice; and
  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby certify that the foregoing statement made by me is true. I understand that if any of the statements made by me herein are willfully false, I am subject to punishment.

Sincerely

Law Enforcement Relations Group