UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62465-RAR

**MARGARETTE DUVERGER**, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

**RESEARCH STRATEGIES, INC.**, an
Alabama corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal [ECF No. 35] ("Stipulation"), filed on September 21, 2021. The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Plaintiff's individual claims and *without prejudice* as to any other putative class member's right to bring claims. Each party shall bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of September, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record